FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 1 2 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LINDA CASTELLI,

      Plaintiff,

-against-

COMMERCIAL RECOVERY SYSTEMS, INC.,

      Defendant.

SUMMONS ISSUED

CV 11 - 2354

VERIFIED COMPLAINT and DEMAND
FOR JURY TRIAL

GLEESON, J.

GO, M.J.

Plaintiff, Linda Castelli ("Plaintiff"), through her attorneys, Krohn & Moss, Ltd., alleges the following against Defendant, Commercial Recovery Systems, Inc. ("Defendant"):

## Nature of the Action

1.     Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*

## Parties

2.     Plaintiff is a natural person residing in Staten Island, Richmond County, New York.

3.     Plaintiff is a consumer as that term is defined by 15 United States Code § 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 United States Code § 1692a(5).

4.     Defendant is a debt collector as that term is defined by 15 United States Code § 1692a(6), and sought to collect a consumer debt from Plaintiff.

5.     Defendant is a collection company with a business office in Dallas, Texas.

6.     Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### Jurisdiction and Venue

7.     Jurisdiction of this court arises pursuant to 15 United States Code § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

8.     Defendant conducts business in the state of New York, and therefore, personal jurisdiction is established.

9.     Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

### Factual Allegations

10.     Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, Vericrest Financial (Account Number: 2849480)

11.     Plaintiff's alleged debt owed to Vericrest Financial arises from transactions for personal, family, and household purposes.

12.     On May 20, 2010, Plaintiff faxed a cease and desist, and a notice of representation letter to Defendant. *See* Exhibit A hereto.

13.     Despite receiving Plaintiff's counsel's letter, Defendant communicated with Plaintiff after May 20, 2010, in an attempt to collect a debt. *See* Exhibit B hereto.

### Claim for Relief

14.     Defendant violated the FDCPA based on the following:

   a.  Defendant violated §1692c(a)(2) of the FDCPA by communicating with Plaintiff even though Defendant knew Plaintiff was represented by an attorney.

2

    b.   Defendant violated §1692c(c) of the FDCPA by communicating with Plaintiff

after Defendant received Plaintiff's cease and desist letter.

WHEREFORE, Plaintiff, Linda Castelli, respectfully requests judgment be entered

against Defendant, Commercial Recovery Systems, Inc., for the following:

15.    Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices

Act, 15 U.S.C. 1692k,

16.    Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection

Practices Act, 15 U.S.C. 1692k

17.    Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, Linda Castelli, hereby demands trial by jury in

this action.

Dated: May 3, 2011               RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By:

Adam T. Hill
KROHN & MOSS, LTD.
120 W. Madison St., 10th Floor
Chicago, Illinois 60602
Tel: 323-988-2400 x238
Fax: 866-620-2956
ahill@consumerlawcenter.com
Attorney for Plaintiff,
Linda Castelli

<u>**VERIFICATION**</u>

STATE OF NEW YORK              )

                                 :ss:

COUNTY OF RICHMOND            )

       Plaintiff, Linda Castelli, being duly sworn, deposes and says:

1.  I am the Plaintiff in this civil proceeding;
2.  I have read the foregoing Verified Complaint prepared by my attorneys and I believe that all of the facts contained therein are true and correct, to the best of my knowledge, and formed after reasonable inquiry;
3.  I belief that this civil Complaint is well ground in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law;
4.  I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.  I have filed this Complaint in good faith and solely for the purposes set forth in it;
6.  Each and every exhibit I have provided to my attorneys, which has/have been attached to this Complaint, is/are true and correct copy(s) of the original(s); and
7.  Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated the exhibit(s), except that some of the attached may contain some of my own handwritten notations.

       Pursuant to 28 U.S.C. § 1746(2), I, Linda Castelli, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _____5/4/11_____

                                            Linda Castelli

4

# Exhibit A

```
┌────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT   │
└────────────────────────────────────┘
```

```
TIME  :  05/20/2010 15:08
NAME  :  DEBT RELIEF CENTER
FAX   :  3126765841
TEL.  :  3129460233
SER. # : BROC0J138558
```

```
DATE,TIME            05/20  15:07
FAX NO./NAME         912143201695
DURATION             00:01:00
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```

# Lawyers United for Debt Relief

**JEROME S. LAMET, ATTORNEY**
**P. O. BOX 81599 λ CHICAGO, IL λ 60681-0599**
PHONE (312) 946-0233        www.ludr.org        FAX (312) 676-5841

# Fax

| | | | |
|---|---|---|---|
| **To:** | COMMERCIAL RECOVERY SYSTEMS | **From:** | RICARDO |
| **Fax:** | 214-320-1695 – 214-319-9673 | **Date:** | May 20, 2010 |
| **Phone:** | 1800-214-7838 / 1800-214-7801 | **Pages:** | 3 (INCLUDING COVER PAGE) |
| **Re:** | LINDA CASTELLI(LUDR #177772) | **cc:** | |

### Attn: GREG FINCHER
### Ref # 8402713922 / 2849480 (610)
### SS# ▮▮▮▮▮▮▮▮

Mrs. LINDA CASTELLI (SS # ▮▮▮▮▮▮▮▮ has attorney representation.

# Please do not contact
# Mrs. LINDA CASTELLI.

# **Exhibit B**

8035 East R.L. Thornton
Suite 220
Dallas, TX  75228-7005
Address Service Requested

# Urgent Communication

August 18, 2010

#BWNLPKB
#0515 7600 1657 3971#
lullllumllmlllslulullmlslulsllllmuldululllulJ
Linda Castelli                          2849480
████████████████████

**COMMERCIAL RECOVERY SYSTEMS, INC.**
(800) 214-7801 or (214) 324-9575
Hours:   M - F 8am-5pm, CST

**ACCOUNT IDENTIFICATION**
RE: Vericrest Financial
**Balance Owing**        ████████
Account File #        : 2849480

## PAYMENT REMINDER

We are sending you this reminder to help you meet your payment obligation on schedule.  Please note the amount below and make your payment today so that we may have it in our office by the due date.

CURRENT AMOUNT DUE            ████████

PAY THIS AMOUNT ==>           ████████

PAYMENT DUE DATE              ████████

INSTALLMENT BALANCE           ████████

NET AMOUNT STILL OWING        ████████

To credit your account properly, you must include your account # on all checks and correspondence.

This communication is from a debt collector.
This is an attempt to collect a debt.  Any information obtained will be used for this purpose.

-------------------------------------------Detach and Return with Payment-------------------------------------------

Return this portion of the notice with your payment to expedite credit to your account.

| Account #: | 2849480 | Client #: | Cit1003 | Balance Due: | ████████ | Amount Enclosed: | $ |

Enter the requested information in the spaces provided below:

From: Linda Castelli                          Employer:_____  _____

Change of Address:_____            Address:_____

City, State, Zip:_____              City, State, Zip:_____

Telephone:_____                    Telephone:_____    Ext:_____

2849480-504
COMMERCIAL RECOVERY SYSTEMS, INC.
P.O. Box 570909
Dallas, TX  75357-0909

llmlslslvrllmllslsl.mllllmslslsllmlslullmdulmillml

PP2 000312P 1 328 000002 230 051576 S-CRE